

Misc. No. 13–8005/AF. John C. Calhoun, Appellant v. United States, Appellee. CCA 37274. On consideration of the writ-appeal petition, it is ordered that said petition is hereby dismissed.

Misc. No. 13–8013/AF. Barry R. Nixon, Sr., Petitioner v. The United States, and The United States Air Force Court of Criminal Appeals, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) on this date.

No. 12–0229/AR. U.S. v. Roger S. Danes. CCA 20091072. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 29, 2012.

